**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Avenue North, Suite 300
Great Falls, MT  59401
Phone:     (406) 761-7715
Fax:         (406) 453-9973
Email:     Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN MEADE OGBURN Defendants. | CR 24-45    -GF-BMM<br><br>FELONY INFORMATION<br><br>CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND FENTANYL<br>Title 21 U.S.C § 846<br>(Penalty for Methamphetamine: Mandatory minimum 10 years to life of imprisonment, a $10,000,000 fine, and not less than five years of supervised release)<br>(Penalty for Fentanyl:  Mandatory minimum five to 40 years of imprisonment, a $5,000,000 fine, and at least four years of supervised release)<br><br>CRIMINAL FORFEITURE<br>21 U.S.C. §§ 853(a) and 881(a)(11)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

1

THE UNITED STATES ATTORNEY CHARGES:

That beginning in or about July of 2023, and continuing thereafter through February 2024, at various locations in the State and District of Montana, and elsewhere, the defendant, JOHN MEADE OGBURN, together, and with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to distribute and to possess with intent to distribute, in violation of 21 U.S.C. § 841(a), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 40 grams or more of a substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, *aka Fentanyl*, a schedule II controlled substance, in violation of 21 U.S.C. § 846.

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this information, the defendant, JOHN MEADE OGBURN, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11):  (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to

/ / /

/ / /

/ / /

commit, and facilitate the commission of, said offense; and (3) any firearm used or intended to be used to facilitate the offense.

Dated this 31st day of ~~April~~ May 2024.

_____
JEFFREY K. STARNES
Assistant U.S. Attorney

for _____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3